# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:07-CR-251** |
| | ; | |
| v. | : | (Judge Conner) |
| | : | |
| **LATACHA RENEE THOMPSON** | : | |

## **O R D E R**

AND NOW, this 20th day of December, 2007, upon consideration of the Petition to Join Defendant Clifford Bradley's Motion to Allow Nunc Pro Tunc Submission of Motion to Suppress Evidence and Subsequent Motion to Suppress Evidence (Doc. 42), and noting the government's concurrence therein, it is hereby ORDERED that said Petition is GRANTED. The motion to suppress may be filed on or before January 3, 2008.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge